**Chiesa Shahinian & Giantomasi** PC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/18

SCOTT C. HOLLANDER
11 Times Square, 31st Floor
New York, NY 10036
973.530.2153
Fax: 973.530.2353
shollander@csglaw.com

csglaw.com

November 2, 2018


RECEIVED
NOV 2. – 2018
CHAMBERS OF
COLLEEN McMAHON

<u>Via Facsimile (212) 805-6326</u>
Honorable Colleen McMahon, USDJ
United Stated District Court for the Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007

Re:   Jeffrey Farkas, M.D., LLC d/b/a Interventional Neuro Associates v. GHI, et al.
      <u>Docket No. 1:18-cv-08535 (CM)</u>

Dear Judge McMahon:

This office represents defendant Group Health Incorporated ("GHI") in the above-captioned matter. I am in receipt of the Court's Calendar Notice, dated November 1, 2018, wherein the Court re-scheduled the Pre-Trial Conference to November 30, 2018 at 10:00am.

I am presently scheduled to be in India on business between November 25, 2018 and December 2, 2018. Consequently, I write to respectfully request that the Pre-Trial Conference be rescheduled to the week of December 3rd or the next date and time upon which the Court is available.

Respectfully Submitted,

/s Scott C. Hollander

Scott C. Hollander

cc:   All Counsel of Record (via e-mail)

**MEMO ENDORSED**

Conference adjourned to 12/7/18 @ 10:30 AM

[signature] Colleen McMahon
11/2/18

7943563.1